IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LUIBER ARTEAGA, et al.,**

    **Plaintiffs,**

v.                                      Case No. 4:22-cv-434-AW-MAF

**3CARRILLOS LLC and ARON CARRILLO,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Eleven plaintiffs sued Aron Carrillo and his company, alleging violations of the Fair Labor Standards Act and state law. Their claim, in a nutshell, was that Carrillo and the company failed to pay certain wages, overtime pay, and other benefits. *See generally* ECF No. 13. Clerk's defaults issued against each Defendant, and Plaintiffs moved for entry of a default judgment. ECF Nos. 33, 41, 46. The magistrate judge issued a report and recommendation concluding the court should grant the motion and enter final judgment in Plaintiffs' favor. ECF No. 48. No party has objected to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will issue a judgment that says, "This case was resolved on a motion for default judgment. It is now ordered that Plaintiff Luiber Artega shall recover from Defendants 3Carrillos LLC

1

and Aron Carrillo, jointly and severally, the amount of $7,500. Plaintiff Nelly Carolina Colmenares shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $6,000. Plaintiff Luis David Ordonez Avendano shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $6,400. Plaintiff Yenny Carolina Guerra shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $6,000. Plaintiff Marlon Andres Ortiz Lozano shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $5,240. Plaintiff William Fernando Cardona Vinasco shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $2,140. Plaintiff Andris De Jesus Ferrer Leal shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $8,740. Plaintiff David Jose Molina Barrios shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $8,740. Plaintiff Juhey Karina Barreto Teran shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $5,984. Plaintiff Dexcy Rosa Suarez shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $6,000. Plaintiff Omer Molina shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $8,740. In addition, Plaintiffs

jointly shall recover from Defendants 3Carrillos LLC and Aron Carrillo, jointly and severally, the amount of $3,127.80 in attorney's fees and $471 in costs."

The clerk will then close the file.

SO ORDERED on September 16, 2024.

                                                    s/ *Allen Winsor*
                                                    United States District Judge